COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: **10/17/16**

Case No. **16-M-6151-01-GEB**    United States v. **CURTIS WAYNE ALLEN**    Age: **48**

## APPEARANCES:

**Government:** ☐ Anderson ☐ Barnett ☐ Furst ☐ Hart ☐ Jacobs ☐ Lind ☐ Metzger ☐ Smith ☐ Treaster ☐ Welch
☑ **Mattivi**

**Defendant:** ☐ Failed to Appear ☑ In Person ☑ By Counsel: **Steve Gradert**
☐ Retained ☐ CJA ☑ FPD

**Judge:** ☐ Gale ☑ Birzer    **Clerk:** ☐ Carter ☑ Merseal    **Probation:** ☐ Chirinos ☑ Madden    **Interpreter:** ☐ LuAnn Rivera ☐ Sworn ☐ Chip Worthington ☐ Sworn

## PROCEEDINGS:

Tape No.: **10:08 – 10:18**

☑ Rule 5   ☐ 5(c)(3)   ☐ Revocation   ☐ Super. Rel. Viol./Prob. Viol./Bond Viol.   ☐ Def. Arrested; Petition Unsealed

☐ Detention — ☐ Waived
☐ Preliminary Hearing — ☐ Waived
☐ Arraignment — ☐ Waived Reading   ☐ Read to Defendant   ☐ Not Guilty   ☐ Guilty
☐ Bond Hearing
☐ Change of Plea
☐ Sentencing
☐ Rule 20
☐ Other Hearing: _____

☑ Complaint   ☐ Indictment   ☐ Information
☑ No. of Counts/Viol.: **1**   ☐ & Forfeiture
☑ Charges/Viol. explained to Defendant   ☑ Penalties explained
☑ Felony   ☐ Misdemeanor
☑ Defendant's constitutional rights explained
☑ Defendant sworn ☑ Examined re: financial status
☐ Counsel Appointed

☐ Defendant given Consulate Advisement
☐ Defendant declined to waive Indictment
☐ Signed Waiver of Indictment
☐ Signed Consent to Proceed Before Magistrate
☐ Petition to Enter Plea filed
☐ Plea Agreement filed
☐ Advised of Rights under ☐ Rule 20 ☐ Rule 5(c)(3)
☐ Signed Consent to Transfer (Rule 20)
☐ Transfer under 5(c)(3) to: _____
☐ P.S.I. Ordered

☐ Release Ordered   ☐ Bond fixed at: $ _____   ☐ Continued on present bond/conditions
☑ Temp. Detention Ordered   ☐ Detention Ordered   ☑ Remanded to Custody

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Government motion for detention is ☐ granted. ☐ denied. ☐ withdrawn.
☐ Defendant admitted violations as alleged in the Petition.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. Court accepted waiver and found Defendant to be person named. Defendant waived right to detention hrg. in Dist. of KS. Court accepted waiver & granted Govt. motion for detention pending proceed. in charging District.

**Defendant's next appearance:**
☐ as directed before Judge _____
☐ per Scheduling Order of Judge _____
☑ on: **10/24/16** at: **4:00** ☐ a.m. ☑ p.m. before Judge **Birzer**
for ☐ Detention Hearing ☐ Arraignment ☑ Preliminary Hearing ☐ _____

Notes: **Preliminary hearing set for 10/28/16 at 9:00 am before Judge Birzer**