**SEALED**

AO 442   (Rev. 08/07)   Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ Kansas _____

| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** | **FILED**<br>U.S. District Court<br>District of Kansas |
|---|---|---|
| V. | | OCT 17 2016 |
| CURTIS WAYNE ALLEN | Case Number: 16-M-6151-01-GEB | Clerk, U.S. District Court<br>By _____ Deputy Clerk |

To: The United States Marshal
   and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **CURTIS WAYNE ALLEN** _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)
SEALED

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Order of court

☐ Pretrial Release   ☐ Probation   ☐ Supervised Release   ☐ Violation Notice
   Violation Petition   Violation Petition   Violation

**UNITED STATES MARSHAL RECEIVED**
OCT 14 2016
WICHITA, KS

charging him or her with   (brief description of offense)

Ct 1 - 18 USC 2 & 2332a(a)(2)(D) - Conspired with each other and with others, to use a weapon of mass destruction

☑ in violation of Title _18_ United States Code, Section(s) _2 & 2332a(a)(2)(D)_

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| TIMOTHY M. O'BRIEN | s/ M. McGivern |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk of Court | October 14, 2016   at Wichita, Kansas |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

For FBI

| DATE RECEIVED<br>10-14-16 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>10-14-16 | Quentin Terrel Dusm | [signature] |