# UNITED STATES DISTRICT COURT

## District of Kansas

(WICHITA DOCKET)

UNITED STATES OF AMERICA,

        Plaintiff,

      v.                          Case No.  16- 10141-01-02-03-EFM

CURTIS WAYNE ALLEN,
PATRICK EUGENE STEIN, and
GAVIN WAYNE WRIGHT,

        Defendants.

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

Beginning in approximately February 2016 and continuing until on or about

October 13, 2016, in the District of Kansas, and elsewhere, the defendants,

**CURTIS WAYNE ALLEN**,
**PATRICK EUGENE STEIN**, and
**GAVIN WAYNE WRIGHT**,

without lawful authority, conspired with each other and with others, to use a

weapon of mass destruction (i.e., a destructive device as defined by Title 18,

United States Code, Section 921) against people and property within the United

States, and that such property is used in interstate and foreign commerce, the mail

and a facility of interstate or foreign commerce is used in furtherance of the

offense, and the offense, and the results of the offense, would have affected

interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 2 &

2332a(a)(2)(A), (B) & (D).


**A TRUE BILL**


October 19, 2016 _____          /s/  Foreperson _____
DATE                                       FOREPERSON OF THE GRAND JURY


  s/Anthony W. Mattivi _____
Assistant United States Attorney
for THOMAS E. BEALL
Acting United States Attorney
District of Kansas
444 S.E. Quincy, Suite 290
Topeka, Kansas 66683
(785) 295-2850
(785) 295-2853 Facsimile
Ks. S. Ct. No. 19929


**It is requested that the trial be held in Wichita, KS**