# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

---

**UNITED STATES OF AMERICA**,
                    *Plaintiff*,

          v.                              Case No. **6:16-cr-10141-EFM-01**

**CURTIS WAYNE ALLEN,**
                    *Defendant*.

---

## MOTION TO DISMISS COUNT 4 FOR FAILURE TO STATE AN OFFENSE

---

In Count 4 under the Second Superseding Indictment,[1] Curtis Allen is charged with unlawful possession of firearms after having previously been convicted of a misdemeanor crime of domestic violence, in violation of 18 U.S.C. § 922(g)(9) and § 924(a).  The charge alleges the sole underlying misdemeanor crime of domestic violence to be a March 31, 2008 conviction for violating Section 5.10.025(a)(1) of the Wichita Municipal Code in the Municipal Court of Wichita, Kansas (Case No. 07C2542).

Yesterday, the Tenth Circuit held in *United States v. Pauler*[2] that a misdemeanor violation of a municipal ordinance does not qualify as "misdemeanor crime of domestic violence," as that term is defined in the

---

[1] Docket Entry (D.E.) 89.

[2] Case No. 16-3070 (10th Cir. May 23, 2017) – attached as Appendix I.

pertinent part of the statute.[3] In *Pauler*, the defendant was convicted of unlawful possession of a firearm having been previously convicted of the exact same Wichita Municipal Code Section 5.10.025(a)(1) that underlies the charge against Mr. Allen.[4] Applying well-established rules of statutory interpretation, the Tenth Circuit explained that a prior violation of a municipal ordinance is not a "misdemeanor crime of domestic violence," so the government cannot prove a person with only a municipal ordinance conviction was prohibited from possessing a firearm under § 922(g)(9).

An indictment must allege all of the elements of the charged offense.[5] In light of *Pauler*, Count 4 of the Superseding Indictment charged against Mr. Allen is fatally flawed in that an essential element of a prior misdemeanor conviction for domestic violence has not been alleged. Nor could it be cured, as Mr. Allen has no such prior convictions that would trigger the statute making it unlawful for him to possess a firearm.

WHEREFORE, Mr. Allen asks the Court to grant this motion and dismiss

---

[3] 18 U.S.C. § 921(a)(33)(A).

[4] *United States v. Pauler*, No. 6:14-CRT-10119-JTM-1, D.E. 15 (Defendant's Motion to Dismiss).

[5] *United States v. Washington*, 653 F.3d 1251, 1259 (10th Cir. 2011)("An indictment is sufficient if it sets forth the elements of the offense charged, puts the defendant on fair notice of the charges against which he must defend, and enables the defendant to assert a double jeopardy defense.") (citations omitted).

Count 4 for failure to state an offense.[6]

Respectfully submitted,

s/Melody Brannon
MELODY BRANNON #17612
Federal Public Defender for the
District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
E-mail Address: melody_brannon@fd.org


s/ Kirk C. Redmond
KIRK C. REDMOND #18914
First Assistant Federal Public Defender
for the District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Kirk_Redmond@fd.org

---

[6] Fed. R. Crim. P. 12(b)(3)(B)(v).

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 24, 2017, I electronically filed the foregoing MOTION

TO DISMISS COUNT 4 with the clerk of the court by using the CM/ECF

system which will send a notice of electronic filing to:

| | |
|---|---|
| Anthony Mattivi | James R. Pratt |
| Assistant U.S. Attorney | Pratt Law, LLC |
| 301 N. Main, Suite 1200 | 445 N. Waco |
| Wichita, KS 67202 | Wichita, KS 67202 |
| Anthony.Mattivi@usdoj.gov | jim@jamesrprattlaw.com |
| | |
| David P. Cora | Michael J. Shultz |
| U.S. Department of Justice | Shultz Law Office, P.A. |
| 950 Pennsylvania Avenue, NW | 445 North Waco |
| Washington, DC 20540 | Wichita, KS 67202 |
| David.Cora@usdoj.gov | Email: michael@shultzlaw.net |
| | |
| Risa Berkower | Kari S. Schmidt |
| U.S. Department of Justice | Conlee Schmidt & Emerson, LLP |
| 950 Pennsylvania Avenue, NW | 200 W. Douglas, Suite 300 |
| Washington, DC 20540 | Wichita, KS 67202 |
| Risa.Berkower@usdoj.gov | karis@fcse.net |

s/ Melody Brannon
Melody Brannon

4