CLERK'S COURTROOM MINUTE SHEET – **CRIMINAL**

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                  Case No: 16-10141-EFM

CURTIS WAYNE ALLEN,
PATRICK EUGENE STEIN,
and GAVIN WAYEN WRIGHT

        Defendants.

                               **Attorneys for Plaintiff: Anthony Mattivi**
                                                  **Risa Berkower**
                                                          **Mary Hahn**

        **Attorneys for Defendants: Melody Brannon & Richard Federico**
                                        **Jim Pratt & Michael Shultz**
                                        **Kari Schmidt & Tyler Emerson**

| JUDGE: | Hon. Eric F. Melgren | DATE: | 3/5/2018 |
|---|---|---|---|
| CLERK: | Justin Cook | TAPE/REPORTER: | Jo Wilkinson |
| INTERPRETER: | | PROBATION: | |

**Juror Questionnaire Hearing**

    The Court conducted a hearing, on the record, to address prospective jurors that the parties believed should be struck for cause. After reading the contested questionnaires, and considering the parties' arguments, the Court struck a number of jurors, who were identified on the record.

    The Court also ruled on four motions that were pending. The Court denied Defendant Allen's Motion to Dismiss Counts 1 or, Alternatively, Motion for Bill of Particulars (Doc. 212). The Government's response in opposition (Doc. 261) is deemed to be a sufficient bill of particulars. To the extent that Defendant moved to dismiss count 1, that request is denied.

    The Court granted Defendant's Motion to Exclude Forensic Reports and Expert Testimony (Doc. 252). The Court granted in part and denied in part, as stated in the record, Defendant's Sealed Motion (Doc. 255) and Defendant's Motion to Compel Discovery (Doc. 258). In granting these motions in part, the Court ordered that the deadline for the remaining discovery to be turned over to the Defense is March 7, 2018 at 5:00 p.m. The discovery is subject to a protective order as discussed at the hearing, and the Government is ordered to redact all personally identifiable information.