IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

APR 18 2018

Clerk, U.S. District Court
By cm Deputy Clerk

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

CURTIS WAYNE ALLEN,
PATRICK EUGENE STEIN, and
GAVIN WAYNE WRIGHT,

*Defendants.*

Case No.: 16-10141-01,02,03-EFM

**VERDICT**

We the jury, impaneled and sworn in the above-entitled case, upon our oaths, do make the following answers to the questions propounded by the Court:

**CURTIS WAYNE ALLEN**

1. As to Count 1 of the indictment, conspiracy to use a weapon of mass destruction, how do you find?

   Curtis Wayne Allen Not Guilty _____ Guilty X

2. As to Count 2 of the indictment, conspiracy to injure, oppress, threaten, and intimidate the residents of 312 West Mary Street in the free exercise and enjoyment of rights and privileges secured to them by the laws and Constitution of the United States, how do you find?

   Curtis Wayne Allen Not Guilty _____ Guilty X

## PATRICK EUGENE STEIN

3. As to Count 1 of the indictment, conspiracy to use a weapon of mass destruction, how do you find?

Patrick Eugene Stein Not Guilty _____ Guilty __X__

4. As to Count 2 of the indictment, conspiracy to injure, oppress, threaten, and intimidate the residents of 312 West Mary Street in the free exercise and enjoyment of rights and privileges secured to them by the laws and Constitution of the United States, how do you find?

Patrick Eugene Stein Not Guilty _____ Guilty __X__

## GAVIN WAYNE WRIGHT

5. As to Count 1 of the indictment, conspiracy to use a weapon of mass destruction, how do you find?

Gavin Wayne Wright Not Guilty _____ Guilty __X__

6. As to Count 2 of the indictment, conspiracy to injure, oppress, threaten, and intimidate the residents of 312 West Mary Street in the free exercise and enjoyment of rights and privileges secured to them by the laws and Constitution of the United States, how do you find?

Gavin Wayne Wright Not Guilty _____ Guilty __X__

7. As to Count 3 of the indictment, knowingly and willingly making false, fictitious and fraudulent statements to the Federal Bureau of Investigation, how do you find?

Gavin Wayne Wright Not Guilty _____ Guilty __X__

If you find Gavin Wright not guilty of Count 3 of the indictment, please proceed to question 9.

8. If you do find Gavin Wright guilty of Count 3 of the indictment, do you find that Gavin Wright made that statement (or statements) to the FBI during the FBI's investigation of a domestic terrorism offense?

Yes X No _____

9. Were the answers to the above 8 questions unanimous?

Yes X No _____

Date: 4-18-2018

_______________________
Jury Foreperson