*IN THE UNITED STATES DISTRICT COURT*

**FOR THE DISTRICT OF KANSAS**

_____

**UNITED STATES OF AMERICA,**
        *Plaintiff,*

    **v.**                    Case No. **6:16-cr-10141-EFM-01**

**CURTIS WAYNE ALLEN,**
        *Defendant.*
_____

**DEFENSE OBJECTION AND MOTION TO EXCLUDE "VICTIM" IMPACT STATEMENTS**
_____

Mr. Curtis Allen, joined by Mr. Patrick Stein and Mr. Gavin Wright, respectfully objects to, and asks the Court to exclude from its review and consideration, the five "victim impact statements" submitted by the government yesterday to the Court and the defense. The objection here is for the reasons set out in the joint defense objection[1] to the "victim impact videos." Rather than repeating the argument from that objection, we incorporate the arguments included in that objection into the present motion.

It is not yet clear to the defense whether the persons in the statements also made videos that the government likewise intends to offer during the sentencing hearing. However, we also ask the Court to not review the

---

[1] D.E. 457.

1

statements or the videos until this issue is resolved and the Court makes a ruling whether it will consider these impact statements when determining a sentence. Based upon the government's representation of who authored these statements, and for what purpose, we do not believe the actual content of the statements will have any bearing on their admissibility for sentencing.

    Respectfully submitted,

    s/ Melody Brannon
    Melody Brannon, #17612
    Federal Public Defender for the
    District of Kansas
    117 SW 6th Avenue, Suite 200
    Topeka, Kansas 66603-3840
    Phone: 785-232-9828
    Fax: 785-232-9886
    Email: melody_brannon@fd.org

    s/ Rich Federico
    Rich Federico, #22111
    Assistant Federal Public Defender
    117 SW 6th Avenue, Suite 200
    Topeka, Kansas 66603-3840
    Phone: 785-232-9828
    Fax: 785-232-9886
    Email: rich_federico@fd.org

## **CERTIFIFCATE OF SERVICE**

    I certify that on October 31, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

                                               s/ Melody Brannon
                                               Melody Brannon, #17612