# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                          Case No.  **16-CR-10141-EFM**

**CURTIS WAYNE ALLEN *et al*.,**

      **Defendants.**

### GOVERNMENT'S SUPPLEMENTAL NOTICE OF AUTHORITY RELEVANT TO U.S.S.G. § 3A1.4

APPEARS NOW the United States of America, by and through its undersigned attorneys, and provides the Court with one additional relevant citation to supplement its previous filing (ECF 470) listing examples in which a sentencing court imposed the terrorism enhancement, pursuant to U.S.S.G. § 3A1.4, where the defendants' underlying conduct was an attack on civilians:

(1) *United States v. Crawford*, 714 Fed. App'x 27 (2d Cir. 2017) (affirming without discussion the district court's application of U.S.S.G. § 3A1.4). Terrorism enhancement applied to white supremacist defendant who planned to use a radiological weapon to kill Muslims in retaliation against the government for allowing Muslims to live in New York and in this country, and to change government policies that the defendant perceived as being liberal to Muslims. Defendant researched potential targets for his

first uses of the weapon, including local mosques and an Islamic center in Albany, New York. *See United States v. Crawford*, No. 16-4261, Brief for Appellee United States of America, 2017 WL 3415122, at \*\* 6, 98-102 (July 31, 2017), attached as Exhibit A (citing, as sufficient evidence to satisfy the 3A1.4 enhancement, recorded statements of the defendant declaring that he "want[ed] my country back;" that he believed that the "government's been giving away the store;" and that the bombing would be the "answer" to the government allowing a "Muslim invasion" to take place); *see id.* (noting that the defendant's reference to political entities as potential targets further supported a finding that the defendant's bombing plan was intended as retaliation against and intended to influence the conduct of the government); *see also United States v. Crawford*, 1:14-cr-00030, Sentencing Transcript, attached as Exhibit B.

        Respectfully submitted,

        STEPHEN R. MCALLISTER
        United States Attorney

        *Anthony W. Mattivi*
        ANTHONY W. MATTIVI
        Assistant United States Attorney
        District of Kansas
        290 Carlson Federal Building
        444 SE Quincy Street
        Topeka, KS 66683
        Telephone: (785) 295-2850
        Anthony.Mattivi@usdoj.gov

        *Risa Berkower*
        RISA BERKOWER
        Trial Attorney
        Civil Rights Division, Criminal Section
        U.S. Department of Justice

950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 305-0150
Risa.Berkower@usdoj.gov

*Mary J. Hahn*
MARY J. HAHN
Trial Attorney
Civil Rights Division, Criminal Section
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20530
Telephone: (202) 305-0921
Mary.Hahn@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the  26th  day of November 2018, I caused the foregoing pleading to be filed with the Clerk of the Court, with a true and accurate copy provided to each counsel of record in the case.

*Risa Berkower*
Risa Berkower