# EXHIBIT 26

This Manifest is for the U.S. Gov't. and for the American People. For the Last Several years many people and groups throughout the Country has tried to "Wake up" the American people!! Wake them up, to our teranycal Gov't. Most of this has gone to no Avail. This ~~Document will~~ With this Document we are going to Attempt "A Forced Wake up Call." American People, you have to wake up while there still might be time to stop our Gov't from totally selling this country out. We must come together as a people and nation & ~~Demand~~ not Just Demand But Reinstate our Constitution, It must Be understood By all Just what our Gov't is up too. Don't Be fooled By the words "Conspiracy Theory" or "Domestic Terrorist". All this is A word Game, "BrainWashing" by our Gov't. Standing up for the Constitution is not Domestic Terrorism. It's actually Gov't Terrorism.

Not enforsing our Borders. Illegally Bringing in Muslims by the thousands. Top US Officials Being above the LAW. Top officials in our Govt TAking Donations & Bribes From Foriegn Nations. The U.S. Govt passing Laws & executive orders that go directly against the Constitution. Allowing U.S. Companies to "pack up" & move totally overseas - destroying our Manufactoring & JOB BASE. The Current Administration is even Giving

infastructure — Jobs to overseas Companies & importing the Labor. We have to take A Stand. TAKE A stand Before its too LAte too! IT Might AlReAdy Be! We are Trying to do just that with this Manifest. We know whats going on! This is A wAke up Call to evryone else. All the people who Care about this country, Evryone who know's somethings wrong but have been Afraid to Admit it. Any Groups that ~~still~~ Believe in the Constitution. ITs Time, The Govt,

see other page

Media and all the different social media platforms have brainwashed this country into a lulleness, a lackadasical

Many foreign treaties that the people, including our Representatives cannot even see. Signing agreements & laws with the U.N. Completely stripping us of our Constitutional Freedoms. Current Congressmen being above the law ~~& fucking~~

Euphoria that could care less what the Gov't does, well the time has come for us that do care to take a stand. It's time to do what the Gov't hopes we will never do!!, that's come together as a nation, as a people. We must begin to make our voices heard while we still can. Remember — A Divided people have no voice. And that's exactly where we are now. Divided. This is a call to

Action by all Americans. Please do not just sit Idle until we lose this ~~area~~ Once Great nation!! ~~Take Action.~~ ~~Look~~ Many things this Govt has + is doing to this Country. Right Now!! If you have anything to do with the Sell out of this Country, a govt official, A Landlord of ~~#~~ Illegal Immigrants [Refugees], Your homes, Your Business, and your Families are at Risk. You have been warned. Stop your actions Now, Take a stand Now. Any Individual, any Group. Anyone ~~too~~ that Cares about this Country, Take Action now, Its Your duty as An American, As a Citizen, A vet, A public Official. Take Action now!!