# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
*Plaintiff,*

v.  Case No. **6:16-cr-10141-EFM-01**

**CURTIS WAYNE ALLEN,**
*Defendant.*

### DEFENDANT CURTIS WAYNE ALLEN'S MOTION TO STRIKE GOVERNMENT'S REPLY (DOC. 473)

Curtis Allen asks the Court to strike from the docket and not consider the "Government's Reply to Defendants' Response to Notice of Additional Authorities Relevant to U.S.S.G. § 3A1.4 [Doc. 472]".[1]

This round of briefing arose because government counsel argued its position during the last hearing by reference and citation to a case that was not included in the government's pleadings filed prior to the hearing. The Court ordered the government to file the additional authority[2] and established a deadline for the defense to file a response, which it did.[3] The Court did not give permission, nor invite, the government to file a reply.

---

[1] D.E. 473.

[2] D.E. 470, 471. The government filed a notice of additional authorities and then filed a supplemental notice.

[3] D.E. 472.

The government did not seek leave to file a reply. Rather, the government filed a reply that addressed the defense response for less than three pages before rehashing and reworking arguments it made previously, accompanied by more than 500 pages of exhibits. A reply is not a pleading that may be "filed as a matter of right," and therefore requires leave of the court to file, according to D. Kan. Rule 15.1.[4]

We ask the Court to strike the government's reply from the docket and not consider it when determining the issue before the Court whether the government has met its burden to prove the terrorism enhancement under § 3A1.4 applies to this case.

Respectfully submitted,

s/ Melody Brannon
MELODY BRANNON, #17612
Federal Public Defender for the
District of Kansas
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785/232-9828
Fax: 785/232-9886
Email: melody_brannon@fd.org

---

[4] That rule incorporates D. Kan. Rule 7.1. Subsection (f) addresses supplemental authorities and is very limited.

        s/ Rich Federico
        RICH FEDERICO, #22111
        Assistant Federal Public Defender
        Federal Public Defender
        117 SW 6th Avenue, Suite 200
        Topeka, Kansas 66603-3840
        Phone: 785-232-9828
        Fax: 785-232-9886
        Email: rich_federico@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all interested parties.

        s/ Melody Brannon
        MELODY BRANNON, #17612

        s/ Rich Federico
        RICH FEDERICO, #22111