# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

_____

**UNITED STATES OF AMERICA,**
       *Plaintiff,*

     **v.**          Case No. **6:16-cr-10141-EFM-01**

**CURTIS WAYNE ALLEN,**
       *Defendant.*

_____

### DEFENDANT CURTIS WAYNE ALLEN'S
### FINAL SENTENCING EXHIBIT LIST
_____

Curtis W. Allen, through undersigned counsel, hereby submits its final list of sentencing hearing exhibit list.

                                         Respectfully submitted,

                                         s/ Melody Brannon
                                         MELODY BRANNON, #17612
                                         Federal Public Defender for the
                                         District of Kansas
                                         117 SW 6th Avenue, Suite 200
                                         Topeka, Kansas 66603-3840
                                         Phone: 785/232-9828
                                         Fax: 785/232-9886
                                         Email: melody_brannon@fd.org

s/ Rich Federico
RICH FEDERICO, #22111
Assistant Federal Public Defender
Federal Public Defender
117 SW 6th Avenue, Suite 200
Topeka, Kansas 66603-3840
Phone: 785-232-9828
Fax: 785-232-9886
Email: rich_federico@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

s/ Melody Brannon
MELODY BRANNON, #17612

s/ Rich Federico
RICH FEDERICO, #22111
