AO 245C   (Rev. 02/18 Case 6:16-cr-10141, Document: 493, Filed: 02-04-2019, Page 2 of 7 anges with Asterisks (*))
Sheet 2 – Imprisonment

Judgment—Page 2 of 7

**DEFENDANT:** Curtis Wayne Allen
**CASE NUMBER:** 6:16CR10141 - 001

FILED
U.S. District Court
District of Kansas

JUN 14 2019

Clerk, U.S. District Court
By _____ Deputy Clerk

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total controlling term of <u>300 months</u>.

Count 1: 300 months;
Count 2: 120 months, concurrent to Count 1.

☒   The Court makes the following recommendations to the Bureau of Prisons:

The defendant be designated to either the facility at FCI Seagoville, Texas or FCI Three Rivers, Texas, to facilitate family visitation with his daughter.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district.

   ☐ at ___ on ___.

   ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before ___ on ___.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows: Fully

Defendant delivered on 5-31-19 to FCI Florence
at Florence, CO , with a certified copy of this judgment.

E. Williams
~~UNITED STATES MARSHAL~~ Warden

UNITED STATES MARSHAL
RECEIVED
JUN 14 2019
WICHITA, KS

By S. Jordan / K. Buden
~~Deputy U.S. Marshal~~